**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 136 MAL 2018

           Respondent                :

                                   :    Petition for Allowance of Appeal from
                                   :    the Order of the Superior Court

           v.                   :

                                    :

LAWRENCE P. WEAN,                 :

           Petitioner                 :


COMMONWEALTH OF PENNSYLVANIA,   :    No. 137 MAL 2018

           Respondent                :

                                     :    Petition for Allowance of Appeal from
                                   :    the Order of the Superior Court

           v.                   :

                                    :

LAWRENCE P. WEAN,                 :

           Petitioner                 :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.